IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Joseph G. Anderson, | ) | C/A No. 1:20-2365-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DJ Carson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Joseph G. Anderson, a self-represented state pretrial detainee, filed this civil action. By order dated July 1, 2020, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 5.) However, Plaintiff did not receive the order, which was returned to the court as undeliverable mail indicating that Plaintiff was released. (ECF No. 9.) Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Plaintiff has failed to prosecute this case. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Mary Geiger Lewis_____
September 3, 2020                                         Mary Geiger Lewis
Columbia, South Carolina                             United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.